**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LARRY LEWIS | CIVIL ACTION NO. 16-1603-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NATHAN G. CAIN | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons stated in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d). In the alternative, petitioner's claims remain unexhausted and, even if they were exhausted, they would be procedurally defaulted.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 23rd day of October, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE